PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DANIELLE CATALANO,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:22-cv-00049-KJN<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND** |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Date: <u>December 28, 2022</u>　　　　　　　　LAW OFFICE OF JARED T. WALKER, PC

　　　　　　　　　　　　　　　　　　　　　　By:　<u>/s/ Caspar Chan for Jared T. Walker*</u>
　　　　　　　　　　　　　　　　　　　　　　JARED T. WALKER
　　　　　　　　　　　　　　　　　　　　　　*Authorized by email on December 28, 2022*
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Date: <u>December 28, 2022</u>　　　　　　　　PHILIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　　　Eastern District of California

　　　　　　　　　　　　　　　　　　　　　　By:　<u>/s/ Caspar Chan</u>
　　　　　　　　　　　　　　　　　　　　　　CASPAR CHAN
　　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

APPROVED AND SO ORDERED

Dated:  December 28, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cata.49